UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ULYSSES PENA, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | Civil Action No. 13-cv-11615-IT |
| | * | |
| MICHAEL A. THOMPSON, | * | |
| | * | |
| Respondent. | * | |

ORDER

October 28, 2014

TALWANI, D.J.

On September 2, 2014, this court issued an Order to Show Cause [#29] as to why the action should not be dismissed for lack of prosecution, given that Pena had not filed a memorandum in support of his petition. On September 8, 2014, Pena filed a Response to Order to Show Cause [#31], in which Pena presented arguments and authority in support of his petition. This court construes Pena's Response to Order to Show Cause [#31] as a memorandum in support of his petition and orders as follows:

1. Thompson shall file a memorandum in opposition by November 19, 2014.

2. Pena shall file a reply to Thompson's opposition by December 11, 2014.

A copy of this Order shall be mailed to Pena.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge