UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ULYSSES PENA, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | Civil Action No. 13-cv-11615-IT |
| | * | |
| MICHAEL A. THOMPSON, | * | |
| | * | |
| Respondent. | * | |

ORDER

November 21, 2014

TALWANI, D.J.

On September 2, 2014, this court issued an Order to Show Cause [#29] as to why the action should not be dismissed for lack of prosecution, given that Pena had not filed a memorandum in support of his petition. On September 8, 2014, Pena filed a Response to Order to Show Cause [#31], in which Pena presented arguments and authority in support of his petition. On October 28, 2014, this court issued an Order [#32] in which the court construed Pena's Response to Order to Show Cause [#31] as a memorandum in support of his petition and ordered Thompson to file an opposition by November 19, 2014. In doing so, the court intended that Thompson would similarly construe Pena's Response to Order to Show Cause [#31] as a memorandum in support of his Petition [#1] and would file a brief in opposition to Pena's Petition [#1] by November 19. Instead, Thompson filed an Opposition to Petitioner's Response to Show Cause Order [#33]. In light of the above, this court hereby orders that:

1. Thompson shall file a memorandum in opposition to Pena's Petition [#1] by December 12, 2014.

2. Pena shall file a reply to Thompson's opposition by January 5, 2015.

A copy of this Order shall be mailed to Pena.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge